1   WILLIAM L. STERN (CA SBN 96105)
    WStern@mofo.com
2   JANELLE J. SAHOURIA (CA SBN 253699)
    JSahouria@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California 94105-2482
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522

6   Attorneys for Defendant

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     OAKLAND DIVISION

11

12  CHANEE THURSTON, and TANASHA         Case No.   CV-10-4937 PJH
    DENMON-CLARK, on behalf of themselves and
13  all others similarly situated,        **[PROPOSED] ORDER DENYING
                                          PLAINTIFFS' ADMINISTRATIVE
14              Plaintiffs,               MOTION FOR LEAVE TO FILE
                                          SUR-REPLY IN FURTHER
15         v.                             OPPOSITION TO DEFENDANT'S
                                          MOTION TO DISMISS AND TO
16  CONOPCO, INC. d/b/a UNILEVER (formerly  STRIKE FOOTNOTE 7 AND
    d/b/a GOOD HUMOR-BREYERS) d/b/a       RELATED ARGUMENT**
17  BREYERS,

18              Defendant.

19                                        Judge:  Hon. Phyllis J. Hamilton
                                          Action Filed:  November 1, 2010
20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE SUR-REPLY
CASE NO. CV10-4937-PJH
 sf-2963195

1    Having considered Plaintiffs' Administrative Motion for Leave to File Sur-Reply in

2 Further Opposition to Defendant's Motion to Dismiss and to Strike Footnote 7 and Related

3 Argument and the supporting and opposing papers, and other related documents filed with the

4 Court in connection with this motion, Plaintiffs' administrative motion is DENIED.

5

6    **IT IS SO ORDERED.**

7    DATED: ___3/1/11_____

8

9                                                                                      _____milton

10                                                                                      Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28