1 | WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
2 | JANELLE J. SAHOURIA (CA SBN 253699)
JSahouria@mofo.com
3 | MORRISON & FOERSTER LLP
425 Market Street
4 | San Francisco, California  94105-2482
Telephone: 415.268.7000
5 | Facsimile: 415.268.7522

6 | Attorneys for Defendants
CONOPCO, INC. d/b/a UNILEVER (formerly d/b/a GOOD
7 | HUMOR-BREYERS)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHANEE THURSTON and TANASHA DENMON-CLARK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONOPCO, INC. d/b/a UNILEVER (formerly d/b/a GOOD HUMOR-BREYERS) d/b/a BREYERS,<br><br>Defendant. | Case No.   10-CV-04937-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE AND ALLOWING PARTIES TO ENGAGE IN PRIVATE ADR**<br><br>Judge:  Hon. Phyllis J. Hamilton<br>Action Filed:  September 29, 2010 |

Pursuant to ADR L.R. 3-4(b), the parties in *Chanee Thurston and Tanasha Denmon-Clark, v. Conopco, Inc. d/b/a Unilever (formerly d/b/a Good Humor-Breyers) d/b/a Breyers.*, Case No. 10-cv-04937-PJH (N.D. Cal.) ("*Thurston*"), hereby stipulate and agree as follows:

WHEREAS, the parties in *Thurston* stipulated to and were ordered to engage in mediation pursuant to ADR L.R. 6 within 90 days after the Court ruled on Defendant's motion to dismiss the amended complaint. (*Thurston* Dkt. 30.)

WHEREAS, the motions to dismiss in *Thurston* was decided on May 26, 2011 (*Thurston* Dkt. 56), and the ADR completion deadline for *Thurston* is currently August 24, 2011.

WHEREAS, the parties in *Thurston* have met and conferred and desire to opt-out of the court-sponsored ADR program and to mediate the case before a private mediator;

WHEREAS, the parties now request that the Court vacate the order in *Thurston* requiring the parties to participate in the court-sponsored ADR program (*Thurston* Dkt. 30).

WHEREAS, the parties also request that the deadline to participate in ADR be extended by 60 days until October 23, 2011 to allow the parties sufficient time to participate in ADR.

NOW, THEREFORE, it is stipulated by and between the parties, by and through their respective attorneys of record, subject to Court approval as follows:

The parties in *Thurston* will participate in a private mediation conducted by a private mediator.

The deadline to complete the mediation is October 23, 2011.

| | | |
|---|---|---|
| 1 | Dated: June 17, 2011 | JOSEPH N. KRAVEC, JR. |
| 2 | | ELLEN M. DOYLE |
| 3 | | STEMBER FEINSTEIN DOYLE & PAYNE, LLC |

By: /s/ Joseph N. Kravec, Jr.
Joseph N. Kravec, Jr.

Attorneys for Plaintiffs in *Thurston*

Dated: June 17, 2011                    WILLIAM L. STERN
                                        JANELLE J. SAHOURIA
                                        MORRISON & FOERSTER LLP

By: /s/ Janelle J. Sahouria
JANELLE J. SAHOURIA

Attorneys for Defendant in *Thurston*

### ECF ATTESTATION

I, Janelle J. Sahouria, am the ECF User whose ID and Password are being used to file this: JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE AND ALLOWING PARTIES TO ENGAGE IN PRIVATE ADR.

In compliance with General Order 45, X.B., I hereby attest that Joseph N. Kravec, Jr. has concurred in this filing.

Dated: June 17, 2011                    MORRISON & FOERSTER LLP

By: /s/ Janelle J. Sahouria
Janelle J. Sahouria

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 6/20/11

HONORABLE PHYLLIS J. HAMILTON
United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*