# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEE THURSTON and TANASHA DENMON-CLARK on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs<br><br>v.<br><br>CONOPCO, INC. d/b/a UNILEVER (formerly d/b/a GOOD HUMOR-BREYERS) d/b/a BREYERS,<br><br>                Defendant. | CASE NO.: 10-cv-04937-PJH<br><br>CLASS ACTION<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| ROSS CORRIETTE and JAMES WALDRON on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs<br><br>v.<br><br>UNILEVER d/b/a BREYERS,<br><br>                Defendant. | **RELATED CASE**<br><br>Case No. 11-cv-01811-PJH |
| SKYE ASTIANA on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>BEN & JERRY'S HOMEMADE, INC.,<br><br>                Defendant. | **RELATED CASE**<br><br>Case No. 10-cv-04387-PJH |

I, Ronald J. Levine, an active member in good standing of the bar of New Jersey, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: CONOPCO, INC. d/b/a UNILEVER (formerly d/b/a GOOD HUMOR-BREYERS) d/b/a BREYERS, UNILEVER d/b/a BREYERS, and BEN & JERRY'S HOMEMADE, INC in the above-entitled action. My local co-counsel in this case in William L. Stern, Morrison & Foerster, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Ronald J. Levine<br>Herrick, Feinstein LLP<br>210 Carnegie Center<br>Princeton, NJ 08540<br>(609) 452-3801<br>rlevine@herrick.com | William L. Stern<br>Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7000<br>wstern@mofo.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 002641987.

A true and correct copy of a certificate of good standing is attached.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 14, 2013

_____
APPLICANT RONALD J. LEVINE

PRO HAC VICE APPLICATION
CASE NOS.: 10-cv-04937-PJH, 11-cv-01811-PJH, 10-cv-04387-PJH
sf-3261133

1

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ronald J. Levine is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local counsel designated in the application will constitute notice to the party.

Dated: _____

U.S. DISTRICT JUDGE PHYLLIS J. HAMILTON

PRO HAC VICE APPLICATION
CASE NOS.: 10-cv-04937-PJH, 11-cv-01811-PJH, 10-cv-04387-PJH
sf-3261133

2

# Supreme Court of New Jersey



## Certificate of Good Standing

This is to certify that **RONALD J LEVINE** (No. **002641987**) was constituted and appointed an Attorney at Law of New Jersey on **June 11, 1987** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **14TH** day of **March**, 20**13**.

*Mark Neary*

Clerk of the Supreme Court

-453a-